# IN THE SUPREME COURT OF THE STATE OF NEVADA

ADAM BOUDRAU,
                    Petitioner,
        vs.
THE EIGHTH JUDICIAL DISTRICT
COURT OF THE STATE OF NEVADA,
IN AND FOR THE COUNTY OF
CLARK; AND THE HONORABLE
RICHARD SCOTTI, DISTRICT JUDGE,
                    Respondents,
        and
THE STATE OF NEVADA,
                    Real Party in Interest.

No. 74023

FILED

NOV 09 2017

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S.Young
    DEPUTY CLERK

## ORDER DISMISSING PETITION

Petitioner's counsel has filed a motion to withdraw this petition for a writ of mandamus. Counsel advises that since filing the petition, petitioner has entered a guilty plea pursuant to which he has agreed to withdraw the petition. Petitioner therefore consents to a voluntary dismissal of this petition. Cause appearing, we

ORDER this petition DISMISSED.

_____, J.
Douglas

_____ J.
Gibbons

_____, J.
Pickering

cc: Hon. Richard Scotti, District Judge
Clark County Public Defender
Attorney General/Carson City
Clark County District Attorney
Eighth District Court Clerk